# United States Court of Appeals

## For the First Circuit

No. 11-2281

STACEY HIGHTOWER,

Plaintiff, Appellant,

v.

CITY OF BOSTON; EDWARD DAVIS, Boston Police Commissioner;
COMMONWEALTH OF MASSACHUSETTS,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 30, 2012, is amended as follows:

On page 11, line 4, "Mass. Gen. Laws" is changed to "<u>id.</u>".

On page 13, line 18, "with" is changed to "within".